IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JULIE LYNETTE KIBBIE** | : | |
|     Plaintiff | : | Civil Action No. 3:08-CV-1804 |
| | : | |
|     v. | : | (Chief Judge Kane) |
| | : | |
| **BP/CITIBANK, et al.** | : | |
|     **Defendants** | : | |

# O R D E R

**AND NOW,** this 12TH day of May 2011, **IT IS HEREBY ORDERED THAT** a status Telephone Conference will be held on May 23, 2011, at 11:00 a.m. The Court will initiate the conference call. Plaintiff, Julie Lynette Kibbie and counsel for Defendants shall contact the court by May 19, 2011 with a contact phone number. The telephone number of the Court is 717-221-3990.

    S/ Yvette Kane
Yvette Kane, Chief Judge
United States District Court
Middle District of Pennsylvania